

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-21-00226-CV

**VALERO DEVELOPMENT CORPORATION** and Imelda Fernandez,
Appellants

v.

**CITY OF LAREDO**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-000828-D3
Honorable Elma T. Salinas Ender, Judge Presiding

## O R D E R

Appellants' brief was originally due October 18, 2021; however, the court granted an extension of time until December 2, 2021. Appellants have filed a motion seeking a further forty-three day extension of time to file the brief.

We **grant the motion in part** and **order** appellants' brief due **December 17, 2021** (60 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court